IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


JOHN HENRY FREDERICK,

      Plaintiff,

v.                                 4:20cv204–WS/MAF

WAKULLA CORRECTIONAL
INSTITUTION ADMINISTRATION
AND STAFF WORKERS, et al.,

      Defendants.

_____

## ORDER OF DISMISSAL

Before the court is the magistrate judge's report and recommendation (ECF No. 4) docketed April 28, 2020. The magistrate judge recommends that the plaintiff's complaint and this case be dismissed under the three strikes provision of 28 U.S.C. § 1915(g). The plaintiff has filed no objections to the magistrate judge's report and recommendation.

Having reviewed the magistrate judge's report and recommendation, this court has determined that the magistrate judge's report and recommendation should

be adopted. Accordingly, it is ORDERED:

    1. The magistrate judge's report and recommendation (ECF No. 4) is hereby ADOPTED and incorporated by reference into this order.

    2. Plaintiff's motion (ECF No. 2) for appointment of counsel is DENIED.

    3. The plaintiff's complaint and this action are DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. § 1915(g).

    4. The clerk shall enter judgment stating: "This action is dismissed without prejudice pursuant to 28 U.S.C. § 1915(g)."

    5. The Clerk of Court shall note on the docket that this case was dismissed pursuant to 28 U.S.C. § 1915(g).

    DONE AND ORDERED this ___3rd___ day of ___June___, 2020.

        s/ William Stafford_____
        WILLIAM STAFFORD
        SENIOR UNITED STATES DISTRICT JUDGE